**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01244-CV

## SYLVIA MEDRANO, Appellant

## V.

## DALLAS COUNTY AND DALLAS COUNTY CIVIL SERVICE COMMISSION, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11193**

## ORDER

The Court **ORDERS** this case set for submission with oral argument before

Justices Myers, Nowell, and Evans via Zoom Web Conferencing on October 13,

2020, at 2:00 p.m.

/s/     LANA MYERS
PRESIDING JUSTICE